JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GS HOLISITC, LLC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QUALITY EXPERIENCE d/b/a TOBACCO ONE and ABDELMALAK KHALIL,<br><br>　　　　　Defendants. | Case No. 2:22-CV-07201-SPG-PVC<br><br>**JUDGMENT** |

The Court having granted a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered in favor of GS Holistic, LLC, on all claims. Defendants Quality Experience d/b/a Tobacco One and Abdelmalak Khalil are liable to GS Holistic, LLC for $150,000 in statutory damages and for $917.00 for costs associated with this action.

　　IT IS SO ORDERD

Dated: August 7, 2023

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-